**Order entered October 25, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00738-CR

**BARRY LAKEITH GRIGSBY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-75554-M**

## ORDER

Before the Court is appellant's October 23, 2019 second motion to extend the time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before **November 25, 2019**. If appellant's brief is not filed by November 25, 2019, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE